UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| DAN ROBERT ALLEY | ) | |
| | ) | |
| v. | ) | NO.2:11-CV-144 |
| | ) | |
| MICHAEL J. ASTRUE | ) | |
| Commissioner of Social Security | ) | |

**O R D E R**

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to this report. After careful consideration of the Report and Recommendation of the United States Magistrate Judge, [Doc. 20], it is hereby **ORDERED** that the Report and Recommendation is **ADOPTED** and **APPROVED**, and that the plaintiff's motion for an attorney fee under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412(d)(1)(A) is **GRANTED**. [Doc. 19]. Accordingly, a sum of $1,397.50 in EAJA fees is awarded to the plaintiff.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE